UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| FRANKLIN LANE, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 1:13-cv-00977-TWP-MJD ) |
| CAPT. DOGGENDORF, | ) ) ) |
| Defendant. | ) |

**Entry and Order Dismissing Action**

**I.**

This action is dismissed without prejudice based on the plaintiff's failure to prosecute, which in turn is based on the plaintiff's failure to comply with directions in the Entry of September 9, 2013.

**II.**

Judgment consistent with this Entry shall now issue.

IT IS SO ORDERED.

Date: 10/28/2013

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Franklin Lane
501 East Court Street
Clarksville, IN 47130